**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| **USA v.** Brian Keith Coldmon, Jr. | **Mag. Judge:** Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:24-cr-00017-RJJ | 3/28/2025 | 10:59 AM - 11:29 AM | Grand Rapids | |

**APPEARANCES:**

| Government: Daniel Y. Mekaru | Defendant: Pavol Fabian | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br> ___ mute ___ nolo contendre <br> ___ not guilty ___ guilty <br> __ Initial Pretrial Conference <br> __ Detention  (waived __) <br> __ Preliminary  (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> ✓ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> ✓ Consent to Mag. Judge for  Plea <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br> ✓ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) _____ <br> of the  Indictment _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br> ✓ Ordered   __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted: __Yes __No <br> Defendant informed of right to appeal: __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:**  Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  J. Norton |